UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

MANUEL HANDBERRY,

    *Plaintiff,*

v.

RANDY BOWERS, et al.,

    *Defendants.*

Civil Action No. 16-3

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED** due to Plaintiff's failure to prosecute.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED this 13th day of May, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE